ACCEPTED
03-15-00072-CR
6832890
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 4:26:22 PM
JEFFREY D. KYLE
CLERK

**E. RAY GREEN**
**ATTORNEY AT LAW**
**108 E. San Antonio**
**San Marcos, TX 78666**

**Telephone:**
**(512) 396-5385**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 4:26:22 PM
JEFFREY D. KYLE
Clerk

Fax
(512) 353-1219

September 3, 2015

Court of Appeals for
The Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re: Clemente Alejandro Davila v The State of Texas
Case No. 03-15-00072-CR
Trial Court No.: 05-118

Dear Sirs,

Please find enclosed a copy of the return receipt from the United State Postal Service certifying that Clemente Alejandro Davila was provided with a copy of the opinion and judgment in the above named and numbered cause. The opinion was handed down on August 20, 2015, and the notification to Mr. Davila was mailed on August 25, 2015, as per court rules regarding notification of the defendant.

Enclosed also is a copy of the letter which accompanied the opinion and judgment advising Mr. Davila of his right to file a pro se petition for discretionary review under Rule 68 of the Texas Appellate Rules.

Sincerely,

Ray Green

RG/pag

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clemente Davila, Spin # 862705
% Hays Co. Law Enforcement
1307 Uhland Rd East Ctr.
San Marcos, TX 78666

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0403 5163 1659 79

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jauel_    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

F FARREL    8-21-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN MARCOS TX 78666    ~~CIAL USE~~

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A |
| Total Postage & Fees | $ | $0.71 |

0610
06 Postmark Here

08/25/2015

Sent To    $6.96
Clemente Davila Spin #862705 % HCLEC
Street, Apt. No.;
or PO Box No. 1307 Uhland Rd East
City, State, ZIP+4
San Marcos TX 78666

PS Form 3800, August 2006    See Reverse for Instructions

**E. RAY GREEN**
**ATTORNEY AT LAW**
**108 E. San Antonio**
**San Marcos, TX 78666**

Telephone:
(512) 396-5385

Fax:
(512) 353-1219

August 24, 2015

Clemente Davila, Spin #862705
c/o Hays County Law Enforcement Center
1307 Uhland Road East
San Marcos, TX 78666

Re: Case #03-15-00072CR
    Trail # 05-118

Dear Mr. Davila,

Enclosed please find a copy of the opinion and judgment which was sent to my office on August 20, 2015. The Court of Appeals changed the information showing *what* offense you were convicted of.

Unfortunately, I was unable to find anything to bring to the Court of Appeals' attention that would cause them to reverse your conviction.

You have the right pursuant to Rule 68 of the Texas Rules of Appellate Procedure to file a discretionary review pro se, (a discretionary review that you write and send to the Appellate Court). The procedure and rules for filing a discretionary review are found in Rule 68 of the Texas Appellate Rules.

Thank you for allowing me to represent you. Please contact me if I can be of further assistance.

Sincerely,

Ray Green,